**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jennifer Del Murray
Louisiana Dept. of Public Saf.
P. O. Box 66614
Baton Rouge LA 70896

**REHEARING ACTION: August 10, 2011**

**Docket Number: 11   00071-CA**

**HAROLD BROOKS**
**VERSUS**
**LOUISIANA DEPT. OF PUBLIC SAFETY & CORRECTIONS**

**Appealed from ST. LANDRY Parish Case No. 10-C-3450-A**

<u>**BEFORE JUDGES**</u>**:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. Jimmie C. Peters**
      **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Louisiana Department of Public Safety & Corrections** has this

day been

      **DENIED.**

cc: Chad Patrick Pitre, Counsel for the Appellee